IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAUL ALVAREZ HERNANDEZ,

    Petitioner,               No. CIV S-00-0460 FCD GGH P

    vs.

WILLIAM DUNCAN,

    Respondent.          <u>ORDER</u>

_____/

        Petitioner's counsel has requested an extension of time to file a joint scheduling statement pursuant to the court's order of April 13, 2005. Petitioner's May 12, 2005 request is not made in accordance with the local rules because the request does not include either a lodged proposed order via ECF in .pdf format or a proposed order emailed in wordprocessing format, both of which are required. In order for the court to consider petitioner's counsel's request, counsel must comply with Local Rule 5-137(b).

        IT IS SO ORDERED.

Dated: 5/18/05

                          /s/ Gregory G. Hollows

                          GREGORY G. HOLLOWS
                          UNITED STATES MAGISTRATE JUDGE

ggh:009
hern0460.137