**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RAUL ALVAREZ HERNANDEZ,** ) | NO. CIV S-00-460- FCD GGH P |
| **Petitioner,** ) | |
| **v.** ) | **ORDER** |
| **WILLIAM DUNCAN, Warden,** ) | |
| **Respondent.** ) | |
| _____ ) | |

   Petitioner's counsel, averring that respondent's counsel agrees to the request, seeks an extension of time to file a joint scheduling statement pursuant to the court's order filed on April 13, 2005.  Good cause appearing, IT IS HEREBY ORDERED THAT:

1. Petitioner's May 12, 2005 request for an extension of time is granted;

2. The parties are granted ninety days from the date of this order in which to file their joint scheduling statement.

Date: 5/25/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

hern0460.eot05