IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAUL ALVAREZ HERNANDEZ,** | NO. CIV S-00-460- FCD GGH P |
| Petitioner, | |
| v. | ORDER ** |
| **WILLIAM DUNCAN, Warden,** | |
| Respondent. | |
| _____ | |

Good cause appearing, IT IS HEREBY ORDERED THAT:

1.  Petitioner is granted 90 days in which to investigate and review the case, and file an amended petition or appropriate alternative.
2.  Respondent is granted 60 days to file an answer or dispositive motion.
3.  Petitioner is granted 30 days in which to file a responsive pleading.

Date: 9/7/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

** no further extensions

hern0460.po