1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  RAUL ALVAREZ HERNANDEZ,
11          Petitioner,              No. CIV S-00-0460 FCD GGH P
12      vs.
13  WILLIAM DUNCAN,
14          Respondent.                     ORDER
15  _____/
16
17          Petitioner, proceeding with appointed counsel, has filed a petition pursuant to 28
18  U.S.C. §2254. Petitioner filed and served a third amended petition on December 6, 2005. By the
19  court's order filed on September 7, 2005, respondent's response was due 60 days thereafter. No
20  response having been filed and the time for doing so having expired, respondent is directed to
21  show cause, within 20 days, for the failure to respond to the third amended petition.
22          On December 21, 2005, petitioner pro se filed a "motion to reappoint counsel,"
23  under the apparent belief that his counsel has not been working on his case. Counsel for
24  \\\\\
25  \\\\\
26  \\\\\

1

1  petitioner is directed to serve a copy of the third amended petition upon petitioner pro se.  The
2  December 21, 2005 request for new counsel is denied.
3           IT IS SO ORDERED.
4  DATED: 3/28/06

                                        /s/ Gregory G. Hollows

                                        _____
                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:009
hern0460osc+