IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAUL ALVAREZ HERNANDEZ,

    Petitioner,   No. CIV S-00-0460 FCD GGH P

    vs.

WILLIAM DUNCAN,

    Respondent.   <u>ORDER</u>

_____/

    By order filed on March 28, 2006, this court directed respondent to show cause for his failure to file a timely response to the third amended petition. A response, notable for its brevity and candor, was filed promptly, on March 29, 2006, wherein respondent seeks the court's forbearance for an inadvertent failure to calendar the matter. Respondent seeks an extension of time until April 21, 2006 to file a response to the third amended petition.

    Accordingly, IT IS HEREBY ORDERED that:

    1. By a response, filed on March 29, 2006, respondent has discharged the show cause order, filed on March 28, 2006; and

\\\\\

\\\\\

\\\\\

1    2.  Respondent is granted an extension of time, until April 21, 2006, to file a
2 response to the third amended petition.  Petitioner's responsive pleading is due thirty days from
3 service of respondent's response.
4 DATED: 4/10/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
hern0460.111+