IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAUL ALVAREZ HERNANDEZ,

    Petitioner,                       No. CIV S-00-0460 FCD GGH P

    vs.

WILLIAM DUNCAN, et al.,

    Respondents.                ORDER

_____/

        Petitioner, a state prisoner proceeding with counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 16, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations.[1]

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the

---

[1] In the objections, petitioner simply asks for a de novo review.

1

1  entire file, the court finds the findings and recommendations to be supported by the record and
2  by proper analysis.
3  Accordingly, IT IS HEREBY ORDERED that:
4  1. The findings and recommendations filed July 16, 2008, are adopted in full; and
5  2. Petitioner's application for a writ of habeas corpus is denied.
6  DATED: August 15, 2008.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE